Clear Form

AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

# UNITED STATES DISTRICT COURT
## for the
### NORTHERN DISTRICT OF CALIFORNIA

E-FILING

MING-YIN HAO )
)
)
)
Plaintiff )
v. )   Civil Action No.
County of Santa Clara, a public entity, Santa )
Clara County Sheriff's Office, a department of the )   **C 08  04048 PVT**
County of Santa Clara, Daniel A. Forest, an )
individual, and DOES 1-50, inclusive, )
Defendant )

ADR

**Summons in a Civil Action**

To: County of Santa Clara

*(Defendant's name)*

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

JAMES McMANIS
GEOFFREY BENTZEL
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone: 408-279-8700
Facsimile: 408-279-3244

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

AUG 2 5 2008

Date: _____

Richard W. Wieking
Name of clerk of court

Tiffany Salinas-Harwell
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __County of Santa Clara__,
by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
        __Christina Mendez_____; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: __August 25, 2008__

_[signature]_
Server's signature

Nicole Newcomb, File Clerk
Printed name and title

McManis Faulkner
50 W. San Fernando St., 10th Fl.
San Jose, CA 95113
Server's address