|   |   |
|---|---|
| 1 | ANN MILLER RAVEL, County Counsel (S.B. #62139) |
|   | GREGORY J. SEBASTINELLI, Deputy County Counsel (S.B. #104884) |
| 2 | ARYN P. HARRIS, Deputy County Counsel (S.B. #208590) |
|   | OFFICE OF THE COUNTY COUNSEL |
| 3 | 70 West Hedding, East Wing, 9th Floor |
|   | San Jose, California 95110-1770 |
| 4 | Telephone: (408) 299-5900 |
|   | Facsimile: (408) 292-7240 |

Attorneys for Defendant
COUNTY OF SANTA CLARA and its
Office of the Sheriff, and DANIEL J.
FOREST

JAMES MCMANIS (S.B. #40958)
GEOFFREY BENTZEL (S.B. #250073)
McMANIS FAULKNER
A Professional Corporation
50 W. San Fernando Street, 10th Floor
San Jose, California 95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244

Attorneys for Plaintiff
MING-YIN HAO

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Jose)

MING-YIN HAO,                              ) No.   C08-04048 JF
                                           )
    Plaintiff,                            ) **STIPULATION AND ORDER DISMISSING**
                                           ) **WITH PREJUDICE THE COMPLAINT OF**
v.                                         ) **PLAINTIFF MING-YIN HAO IN FAVOR**
                                           ) **OF ALL DEFENDANTS**
COUNTY OF SANTA CLARA et al.,              )
                                           )
    Defendants.                           )
_____)

    The parties, by and through their respective counsel of record, hereby stipulate and agree to an order dismissing with prejudice the complaint - in its entirety - filed by Plaintiff Ming-Yin Hao as against Defendants County of Santa Clara, Daniel J. Forest, and all Doe defendants in connection with the above-referenced matter. This stipulated dismissal is in consideration of a

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stip and Order Dismissing
with Prejudice the Complaint of
Plaintiff in Favor of all Defendants     1     C08-04048 JF

compromise settlement entered into on February 6, 2009.  The parties further stipulate and agree to an order whereby all such parties waive any claim for statutory costs and/or attorneys' fees against one another.

    I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

ANN MILLER RAVEL
County Counsel

Dated:  February 25, 2009    By:     /S/
GREGORY J. SEBASTINELLI
Deputy County Counsel

Attorney for Defendants
COUNTY OF SANTA CLARA and its Office of the Sheriff, and DANIEL J. FOREST

McMANIS FAULKNER
A Professional Corporation

Dated:  February 24, 2009    By:     /S/
JAMES MCMANIS

Attorney for Plaintiff
MING-YIN HAO

**ORDER**

**IT IS SO ORDERED.**

Dated:  2/26/09

HONORABLE JEREMY FOGEL
United States District Court Judge

168042.wpd